*E-filing*

1  Martin Nicolaus SBN 124461
   Nicolaus Law Office
   1342 California Street
2  Berkeley, CA 94703
   Telephone (510) 526-6946
3  Fax (510) 868-0588
   martin@nicolaus.com
4
   Attorney for Plaintiff
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA                    *ADR*

10

11  WORKCARE INC.,                          NO.  **C08-01136**

12      Plaintiff,

13      v.                                   **COMPLAINT FOR TRADEMARK
                                             INFRINGEMENT AND UNFAIR
                                             COMPETITION**
14  WORKCARE HEALTH CENTER PLLC, JIM
    JOHNSON, JODY UNDERWOOD, FLICKA          **DEMAND FOR JURY TRIAL**
15  KORFIATIS, and DOES 1 to 12,

16      Defendants.

17

18

19  Plaintiff alleges:

20                              **JURISDICTION**

21      1.      Jurisdiction is based on the Federal Trademark Act (Lanham Act), 15 U.S.C. 1501

22  *et seq.* on the ground that Plaintiff is the owner of valid registrations on the Federal Principal

23  Register of Trademarks and alleges infringement thereof, in addition to unfair competition claims

24  under Section 43(a) and Section 43(d) of the Lanham Act.

25                       **INTRADISTRICT ASSIGNMENT**

26      2.      This is an intellectual property action subject to Civil Local Rule 3-2(c). Venue is

27  based on 28 U.S.C. §1391(c) on the ground that the Defendant WORKCARE HEALTH CENTER

28  PLLC is a corporation subject to personal jurisdiction in California, having availed itself of the

Nicolaus Law Office
1342 California Street
Berkeley, CA 94703
Telephone 510-526-6946

1  State's forum by participating in a trade show here and by soliciting customers here via the
2  Internet.

3                **PARTIES AND INTELLECTUAL PROPERTY ASSETS**

4      3.     Plaintiff WORKCARE INC. is an active California corporation engaged in the
5  business of providing a wide range of occupational health services for employers and employees.

6      4.     Plaintiff has been offering its occupational health provider services to the public in
7  interstate commerce under the service mark WORKCARE since May, 1994. Plaintiff conducts
8  business nationwide.

9      5.     Plaintiff owns an active registration on the Federal Principal Register of
10  Trademarks for the service mark WORKCARE.COM, Registration No. 2,695,789, for "Medical
11  services, namely maintaining personal medical history records and files."

12      6.     Plaintiff also owns active Federal Principal Register registration No. 3,148,581 for
13  the mark WORKCARE MAKING HEALTH COUNT for "health care."

14      7.     Plaintiff acquired the Internet domain name registration WORKCARE.COM on
15  Dec. 2, 1995. Plaintiff has been and is the sole owner of that domain name registration, and
16  maintains an active web site offering its occupational health services at the WORKCARE.COM
17  Internet address.

18      8.     Defendant WORKCARE HEALTH CENTER PLLC is a corporation of the State of
19  Washington of the "Limited Liability Professional" type as defined by the laws of that State. Its
20  main office is located in Wenatchee, WA. Defendant offers a range of occupational health
21  provider services for employers and employees.

22      9.     Defendants, in their advertising and presentations to customers and potential
23  customers, do business under the single-word mark, "WORKCARE."

24      10.    Defendant WORKCARE HEALTH CENTER PLLC, using the name
25  "WORKCARE," acquired an Internet domain name registration for the domain name
26  WORKCARE1.COM on 17 January 2000 and now operates a website at that Internet address
27  offering its occupational health services to the world.

28      11.    In late 2007, the individual Defendants, or some of them, entered the State of

Nicolaus Law Office
1342 California Street
Berkeley, CA 94703
Telephone 510-526-6946

**COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION     PAGE 2**

1 California and operated a trade show exhibit at which they advertised and offered the corporate

2 Defendant's occupational health care services under the mark "WORKCARE" to trade show

3 attendees from all parts of California and the nation.

4     12.    Defendants JIM JOHNSON and JODY UNDERWOOD are co-Managing Partners

5 and the defendant FLICKA KORFIATIS is a Partner of the Defendant WORKCARE HEALTH

6 CENTER PLLC. Each is personally liable for the harm herein alleged.

7     13.    Plaintiff is unaware of the identities and capacities of the Defendants sued herein as

8 DOES and therefore sues them by fictitious names. Plaintiff will amend the complaint to identify

9 them when their names and capacities are learned.

10 **FIRST CLAIM FOR RELIEF**

11 **TRADEMARK INFRINGEMENT**

12     14.    Plaintiff incorporates the allegations set out above in Paragraphs (1) through (13)

13 inclusive by this reference as if set out in full herein.

14     15.    Defendants' domain name WORKCARE1.COM on the Internet is virtually

15 identical to Plaintiff's registered mark and domain name WORKCARE.COM.

16     16.    Defendants' services are virtually identical to Plaintiff's services and target the

17 same customers in the same marketplace.

18     17.    Defendants are using the Internet as a marketing channel simultaneously with

19 Plaintiffs' use of the Internet as a marketing channel.

20     18.    Defendants' use of the mark WORKCARE1.COM is confusingly similar to

21 Plaintiff's registered mark WORKCARE.COM and constitutes trademark infringement.

22 **SECOND CLAIM FOR RELIEF**

23 **TRADEMARK INFRINGEMENT**

24     19.    Plaintiff incorporates the allegations set out above in Paragraphs (1) through (13)

25 inclusive by this reference as if set out in full herein.

26     20.    Defendants' mark "WORKCARE" as used in Defendants' promotion and publicity

27 in media other than the Internet is virtually identical to Plaintiff's registered mark

28 WORKCARE.COM.

**Nicolaus Law Office**
1342 California Street
Berkeley, CA 94703
Telephone 510-526-6946

1  21.    Defendants' services are virtually identical to Plaintiff's services and target the
2  same customers.

3  22.    Members of the relevant public are liable to believe that Defendants are in some
4  way sponsored or licensed by Plaintiffs or associated with Plaintiffs in some other manner, and
5  their initial interest and purchasing decisions are liable to be diverted from Plaintiff to Defendants.

6  23.    Defendants' use of the mark "WORKCARE" in media other than the Internet is
7  confusingly similar to and constitutes infringement of Plaintiff's registered trademark
8  WORKCARE.COM.

9  **THIRD CLAIM FOR RELIEF**

10  **UNFAIR COMPETITION**

11  **(15 U.S.C. §1125, Lanham Act §43(a))**

12  24.    Plaintiff incorporates the allegations set out above in Paragraphs (1) through (13)
13  inclusive by this reference as if set out in full herein.

14  25.    Defendants began use of the unregistered mark WORKCARE in their local area
15  long after Plaintiff had commenced using the unregistered mark WORKCARE in interstate
16  commerce.

17  26.    Over the course of more than a decade, the relevant public in the occupational
18  health provider market has come to associate the mark WORKCARE with Plaintiff.

19  27.    Defendants' use of the mark "WORKCARE" is likely to cause confusion, or to
20  cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with
21  Plaintiff, or as to the origin, sponsorship, or approval of Defendants' services or commercial
22  activities by Plaintiff.

23  28.    Defendants' use of the Internet domain name "WORKCARE1.COM" is likely to
24  cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association
25  of Defendants with Plaintiff, or as to the origin, sponsorship, or approval of Defendants' services
26  or commercial activities by Plaintiff.

27  **FOURTH CLAIM FOR RELIEF**

28  **UNFAIR COMPETITION – DOMAIN NAMES**

Nicolaus Law Office
1342 California Street
Berkeley, CA 94703
Telephone 510-526-6946

**(15 U.S.C. §1125, Lanham Act §43(d))**

29.    Plaintiff incorporates the allegations set out above in Paragraphs (1) through (13) inclusive by this reference as if set out in full herein.

30.    Defendants registered the domain name WORKCARE1.COM in bad faith, listing the deceptive name "WORKCARE" instead of the legal name WORKCARE HEALTH CENTER PLLC as owner of the domain name registration, in order to deceive the registration authority and to profit thereby, in violation of the Lanham Act §43(d).

**WHEREFORE PLAINTIFF DEMANDS:**

31.    A permanent injunction to bar Defendants and their heirs and assigns from using the mark WORKCARE in or as part of an Internet domain name in connection with occupational health services;

32.    A permanent injunction to bar Defendants and their heirs and assigns from using the mark "WORKCARE" in advertising, promoting or offering occupational health services in media other than the Internet;

33.    An award of monetary damages and costs including attorney fees according to law;

34.    Such other and further relief as is just.

**JURY TRIAL DEMAND**

35.    Plaintiff demands a jury trial.

Respectfully submitted,

*Martin Nicolaus*

Martin Nicolaus
Attorney for Plaintiff

Nicolaus Law Office
1342 California Street
Berkeley, CA 94703
Telephone 510-526-6946