Martin Nicolaus SBN 124461
Nicolaus Law Office
1342 California Street
Berkeley, CA 94703
Telephone (510) 526-6946
Fax (510) 868-0588
martin@nicolaus.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| WORKCARE INC.<br><br>    Plaintiffs,<br><br>    v.<br><br>WORKCARE HEALTH CENTER PLLC, JIM JOHNSON, JODY UNDERWOOD, FLICKA KORFIATIS, and DOES 1 to 12,<br><br>    Defendants. | NO. **C08-01136 EMC**<br><br>**MEMORANDUM TO THE COURT IN LIEU OF JOINT ADR CERTIFICATION** |

The parties in this matter are in the concluding stages of discussions leading to a settlement agreement, release, and proposed consent decree. It is anticipated that a final document will be signed by the parties and submitted for the Court's approval within ten days. Under the circumstances, Plaintiff requests the Court's permission to submit this Memorandum in Lieu of a Joint ADR Certification.

Date: 5/14/08                                        Respectfully submitted:

*/s/ Martin Nicolaus*
_____
Attorney for Plaintiffs