FILED
08 MAY 28 PM 12:38
[CLERK, U.S. DISTRICT COURT]
[NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WORKCARE INC.

   Plaintiff(s),

v.

WORKCARE HEALTH CENTER PLLC

   Defendant(s).

Case No. C08-01136EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 5/24/08

_Martin Nicolaus_
Signature

Counsel for: PLAINTIFF
(Name of party or indicate "pro se")