FILED
08 MAY 30 PM 12:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORKCARE INC.<br><br>Plaintiff,<br><br>v.<br><br>WORKCARE HEALTH CENTER PLLC, JIM JOHNSON, JODY UNDERWOOD, FLICKA KORFIATIS, and DOES 1 to 12,<br><br>Defendants. | NO. C08-01136EMC<br><br>**CONSENT TO MAGISTRATE** |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 29, 2008

Signature Robert A. Kiesz,

Counsel for: Defendants
(Name of party or indicate "pro se")