Martin Nicolaus SBN 124461
Nicolaus Law Office
1342 California Street
Berkeley, CA 94703
Telephone (510) 526-6946
Fax (510) 868-0588
martin@nicolaus.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| WORKCARE INC.<br><br>    Plaintiffs,<br><br>    v.<br><br>WORKCARE HEALTH CENTER PLLC, JIM JOHNSON, JODY UNDERWOOD, FLICKA KORFIATIS, and DOES 1 to 12,<br><br>    Defendants. | NO. **C08-01136EMC**<br><br>**DISMISSAL** |

Pursuant to the terms of the SETTLEMENT AGREEMENT, RELEASE, AND CONSENT DECREE entered by the Court on May 30, 2008, Plaintiff WORKCARE INC. hereby dismisses the complaint in its entirety against all Defendants, with prejudice. Each side to bear its own costs.

Date: 06/03/08

Respectfully submitted,

*/s/ Martin Nicolaus*
Martin Nicolaus
Attorney for Plaintiff